IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 2 1 2011

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

ANN HENEGHAN, )
)
    Plaintiff, )
)
v. ) No.: 09 C 0759
)
CITY OF CHICAGO, and DONALD WOJCIK, ) Judge Leinenweber
in his personal capacity, )
) Magistrate Judge Brown
    Defendants. )

## DEFENDANT DONALD WOJCIK'S MOTION FOR JUDGMENT AS A MATTER OF LAW

NOW COMES the Defendant, DONALD WOJCIK, by and through his attorneys of record, THE LAW OFFICES OF JOSEPH V. RODDY, and respectfully moves, pursuant to Federal Rule of Civil Procedure 50, for an order granting judgement as a matter of law in favor of Defendant Donald Wojcik. Plaintiff has failed to provide sufficient evidence to meet her burden of proof that Defendant Wojcik violated Title 42 Section 1983 of the United States Code.

Respectfully submitted,

/s/ Joseph V. Roddy

/s/ Jeanne Brown

THE LAW OFFICES OF JOSEPH V. RODDY
77 W. Washington Street, Suite 1100
Chicago, Illinois 60602
312-368-8220